UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 13 2013

Clerk, U.S. District and
Bankruptcy Courts

Kareemah Bell,      )
)
    Plaintiff,      )
)
        v.      )      Civil Action No.    13- 1394
)
Scripture Cathedral Church,      )
)
    Defendant.      )
_____ )

## MEMORANDUM OPINION

This matter is before the Court on the plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the plaintiff's application and dismiss the complaint for lack of subject matter jurisdiction.

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3).

Plaintiff is a District of Columbia resident suing a church in the District of Columbia for "mental damages" stemming from an alleged encounter with a security officer and an usher during the church's service. Compl. at 1-2. Since the complaint neither presents a federal

1

question nor provides a basis for diversity jurisdiction, it will be dismissed.[1] A separate Order accompanies this Memorandum Opinion.

United States District Judge

DATE: August 29th, 2013

---

[1] Presumably, plaintiff may seek redress in the Superior Court of the District of Columbia.